**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MICHAEL FASELER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:16-CV-457 |
| | § | |
| COASTAL BEND DETENTION | § | |
| CENTER, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has received the January 27, 2017, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was assigned (Dkt. No. 16) and Plaintiff's objections to the M&R (Dkt. No. 20).

After independently reviewing the record and applicable law, the Court concludes that Plaintiff's objections are without merit and **ADOPTS** the M&R (Dkt. No. 16). The Court **DISMISSES** Plaintiff's *Bivens* and § 1983 claims for failure to state a claim and **DISMISSES WITHOUT PREJUDICE** any possible state-law claims that Plaintiff is asserting. The Court further **DISMISSES AS MOOT** Plaintiff's subsequent pleadings (Dkt. Nos. 23, 24).

Final judgment will be entered separately.

SIGNED this 11th day of April, 2018.

_____
Hilda Tagle
Senior United States District Judge